THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ROBERT C. NELSON, Appellant.

(Argued June 6, 1932; decided July 19, 1932.)

*James A. Leary* for appellant.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ., on the ground that the evidence of guilt is insufficient.